UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HARDING UNIVERSITY, INC.**                                         **PLAINTIFF**

v.                 **CASE NO. 4:10cv00065 BSM**

**ARMS BUILDING & MAINTENANCE, INC.;
SHANNON CLARK; SPORTS ENGINEERING
TECHNOLOGIES, INC.; CHALLENGER
INDUSTRIES, INC.; JOHN DOES 1-10**                        **DEFENDANTS**

## ORDER

The motion of plaintiff, Harding University, Inc., to dismiss defendants Sports Engineering Technologies, Inc. ("SET") and Challenger Industries, Inc. ("Challenger") without prejudice [Doc. No. 35] is granted and SET and Challenger are hereby dismissed without prejudice.

IT IS SO ORDERED this 23rd day of July, 2010.

                                                                  _____
                                                                  UNITED STATES DISTRICT JUDGE