UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HARDING UNIVERSITY, INC.**                                              **PLAINTIFF**

**v.**                      **CASE NO. 4:10cv00065 BSM**

**ARMS BUILDING & MAINTENANCE, INC.;**
**SHANNON CLARK; SPORTS ENGINEERING**
**TECHNOLOGIES, INC.; CHALLENGER**
**INDUSTRIES, INC.; JOHN DOES 1-10**                      **DEFENDANTS**

## ORDER

The motion of plaintiff, Harding University, Inc. ("Harding"), to strike the affirmative defenses of ARMS Building & Maintenance, Inc. ("ARMS") and Shannon Clark ("Clark"), asserting the defenses of insufficient process and insufficient service of process [Doc. No. 31], is denied. This order is not a determination of whether service was proper. Harding will, however, be allowed an additional 120 days to serve ARMS and Clark.

IT IS SO ORDERED this 23rd day of July, 2010.

                                                                     _____
                                                          UNITED STATES DISTRICT JUDGE