**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**HARDING UNIVERSITY, INC.**                                                              **PLAINTIFF**

v.                            **CASE NO. 4:10cv00065 BSM**

**ARMS BUILDING & MAINTENANCE, INC.**
**and SHANNON CLARK**                                                                     **DEFENDANTS**

**ORDER**

Defense counsel moved to withdraw on April 20, 2010. The motion was held in abeyance for thirty days. Because it is a corporation, defendant ARMS Building & Maintenance, Inc. ("ARMS") was directed to obtain substitute counsel within the thirty days. ARMS failed to retain substitute counsel, and on June 15, 2010 the motion to withdraw was granted. In the order granting the motion to withdraw ARMS was again directed to have substitute counsel enter an appearance. It was warned that if substitute counsel did not enter an appearance by June 29, 2010, judgment would be entered against it. As of this date, substitute counsel has not been retained. Plaintiff, Harding University, Inc., is entitled to default judgment. Judgment is therefore entered against ARMS as to the issue of liability. The issue of damages will be determined at a later date.

IT IS SO ORDERED this 27th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE