UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HARDING UNIVERSITY, INC.**                                                **PLAINTIFF**

**v.**                  **CASE NO. 4:10cv00065 BSM**

**ARMS BUILDING & MAINTENANCE, INC.;
SHANNON CLARK; SPORTS ENGINEERING
TECHNOLOGIES, INC.; CHALLENGER
INDUSTRIES, INC.; JOHN DOES 1-10**                      **DEFENDANTS**

## ORDER

Plaintiff Harding University, Inc. ("Harding") requests that defendant Shannon Clark ("Clark") be compelled to answer the second set of interrogatories and requests for production. [Doc. No. 40]. Clark has not responded. The motion is granted.

Harding submitted its second set of interrogatories and requests for production to Clark on July 27, 2010. Clark failed to respond. Counsel for Harding sent Clark a letter on August 31, 2010, stating that if the responses were not received before September 10, 2010, a motion to compel would be filed. Clark failed to respond.

For good cause shown, Harding's motion [Doc. No. 40] is granted. Clark is directed to provide responses to the second set of interrogatories and requests for production to Harding on or before November 4, 2010. Clark is cautioned that failure to comply with this order may result in sanctions.

IT IS SO ORDERED this 25th day of October, 2010.


_____
**UNITED STATES DISTRICT JUDGE**