UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HARDING UNIVERSITY, INC.**                                          **PLAINTIFF**

v.                        **CASE NO. 4:10cv00065 BSM**

**ARMS BUILDING & MAINTENANCE, INC.;
SHANNON CLARK; SPORTS ENGINEERING
TECHNOLOGIES, INC.; CHALLENGER
INDUSTRIES; and JOHN DOES 1-10**                      **DEFENDANTS**

## ORDER

Plaintiff Harding University ("Harding") requests that separate defendant Shannon Clark ("Clark") be compelled to completely and without objection answer its second set of interrogatories and requests for production. [Doc. No. 45]. Clark has not responded. The motion is granted in part and denied in part as follows:

    Interrogatory No. 1. Denied.

    Interrogatory No. 2. Granted.

    Interrogatory No. 3. Granted.

    Interrogatory No. 4. Granted.

    Interrogatory No. 5. Granted.

    Interrogatory No. 6. Granted.

    Interrogatory No. 7. Denied.

    Interrogatory No. 8. Granted.

    Interrogatory No. 9. Denied.

    Interrogatory No. 10. Denied.

<u>Interrogatory No. 11</u>. Granted.

<u>Interrogatory No. 12</u>. Denied.

<u>Interrogatory No. 13</u>. Granted.

<u>Interrogatory No. 14</u>. Denied.

<u>Interrogatory No. 15</u>. Denied.

<u>Interrogatory No. 16</u>. Granted.

<u>Interrogatory No. 17</u>. Granted.

<u>Request for Production No. 1</u>. Granted.

<u>Request for Production No. 2</u>. Denied.

<u>Request for Production No. 3</u>. Granted.

<u>Request for Production No. 4</u>. Granted.

<u>Request for Production No. 5</u>. Granted.

<u>Request for Production No. 6</u>. Denied.

<u>Request for Production No. 7</u>. Denied.

<u>Request for Production No. 8</u>. Denied.

<u>Request for Production No. 9</u>. Denied.

<u>Request for Production No. 10</u>. Denied.

<u>Request for Production No. 11</u>. Denied.

<u>Request for Production No. 12</u>. Denied.

<u>Request for Production No. 13</u>. Denied.

<u>Request for Production No. 14</u>. Granted.

Accordingly, Harding's second motion to compel [Doc. No. 45] is granted in part and denied in part. Clark must submit his responses to Harding on or before March 18, 2011. Further, Clark should be aware that failure to comply with this order could result in a default judgment against him.

IT IS SO ORDERED this 16th day of February, 2011.

                                              /s/ Brian S. Miller
                                     UNITED STATES DISTRICT JUDGE