UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HARDING UNIVERSITY, INC.**                                                         **PLAINTIFF**

v.                      **CASE NO. 4:10cv00065 BSM**

**ARMS BUILDING & MAINTENANCE, INC.;**
**SHANNON CLARK; and JOHN DOES 1-10**                      **DEFENDANTS**

## ORDER

Plaintiff Harding University, Inc. ("Harding") moves for the dismissal of separate defendants ARMS Building and Maintenance, Inc., Shannon Clark and John Does 1-10. [Doc. No. 58]. Because these are the only remaining defendants, their dismissal effectively dismisses the entire action. The motion is granted and Harding's case is dismissed without prejudice.

IT IS SO ORDERED this 12th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE